PHILIP. A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
ANDREA BANKS, CA SBN 275286
    Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: 510-970-4803
    Facsimile: 415-744-0134
    E-Mail: andrea.banks@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ANTHONY CRUSE,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 1:22-cv-00088-EPG<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing; consider all pertinent issues *de novo*, including, but not limited to, assessing Plaintiff's subjective statements; further develop the record as necessary; and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Stip. to Remand; 1:21-cv-00031-EPG

Dated: June 15, 2022

/s/ *Francesco Benavides**
(*as authorized via e-mail on June 13, 2022)
FRANCESCO BENAVIDES
Attorney for Plaintiff

PHILIP. A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:   /s/ *Andrea Banks*
ANDREA BANKS
Special Assistant U.S. Attorney

Attorneys for Defendant

Stip. to Remand; 1:21-cv-00031-EPG

## **ORDER**

Based upon the parties' stipulation (ECF No. 13), IT IS HEREBY ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation. The Clerk of the Court shall enter a final judgment in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated: __June 16, 2022__    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE